**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-00331-LPS-CJB |
| CONSOLIDATED COMMUNICATIONS ENTERPRISE SERVICES, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sisvel International S.A. ("Plaintiff"), and Defendant Consolidated Communications Enterprise Services, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal with prejudice of all claims asserted in the above-captioned matter against Defendant. The parties shall bear their own costs, expenses and attorneys' fees.

*(signatures on following page)*

Dated:  January 3, 2020

Respectfully submitted,

DEVLIN LAW FIRM LLC                          DUANE MORRIS LLP

*/s/ Timothy Devlin*                          */s/ Richard L. Renck*
Timothy Devlin (No. 4241)                    Richard L. Renck (I.D. No. 3893)
James M. Lennon (No. 4570)                   222 Delaware Avenue, Suite 1600
1526 Gilpin Avenue                           Wilmington, DE 19801
Wilmington, DE 19806                         Tel.:  (302) 657-4900
Telephone: (302) 449-9010                    Fax:  (302) 657-4901
tdevlin@devlinlawfirm.com                    rlrenck@duanemorris.com
jlennon@devlinlawfirm.com

                                             *Attorneys for Defendant Consolidated*
*Attorneys for Plaintiff*                    *Communications Enterprise Services, Inc.*
*Sisvel International S.A.*


          SO ORDERED this ___ day of _____, 2020.


          _____
          United States District Judge


2